Argued and submitted January 5, affirmed June 6, 1990

JACOBSEN,
*Respondent,*

*v.*

PERLEY,
*Appellant,*

CLACKAMAS COUNTY,
*Defendant.*

(87-11-146; CA A49974)

792 P2d 116

John H. Heald, Portland, argued the cause for appellant. With him on the briefs was Zikes, Kayser, Heald & Chock, P.C., Portland.

Carlton P. Loennig, Portland, argued the cause for respondent. With him on the brief was Barton & Loennig, Portland.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Plaintiff brought an action to quiet title to a strip of land adjoining defendant's lot. On *de novo* review, *Rogelis v. Pettis,* 49 Or App 537, 539, 619 P2d 1339 (1980), *rev den* 290 Or 449 (1981), we find clear and convincing evidence that plaintiff established all the elements of adverse possession. Her use of the disputed land was actual, open and notorious, exclusive, adverse, continuous for at least ten years and under claim of right. *Lee v. Hansen,* 282 Or 371, 375, 578 P2d 784 (1978). On the basis of the evidence, the court's designation of the disputed strip is correct.

Affirmed.